# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Moore,<br><br>　　　　Petitioner,<br><br>v.<br><br>Louis Winn,<br><br>　　　　Respondent. | No. CV-14-02379-TUC-RM<br><br>**ORDER** |

On May 18, 2017, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 15) recommending that this Court deny Petitioner Anthony Moore's Petition for Writ of Habeas Corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for

clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Judge Markovich's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Judge Markovich's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 15) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that J.T. Shartle, Warden, is **substituted** as Respondent for Louis Winn.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed for lack of jurisdiction**. The Clerk of Court is directed to close this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to:

> Anthony Moore
> # 01907-122
> USP Terre Haute
> U.S. Penitentiary
> P.O. Box 33
> Terre Haute, IN 47808

Dated this 17th day of July, 2017.

_____
Honorable Rosemary Márquez
United States District Judge